THE SOUTHERN CONNECTICUT GAS COMPANY
*v.* PUBLIC UTILITIES COMMISSION

KING, C. J., ALCORN, HOUSE, COTTER and RYAN, Js.

Argued December 10—decided December 16, 1969

*John K. Jepson,* assistant attorney general, with whom were *Frank R. Odlum,* assistant attorney general, and, on the brief, *Robert K. Killian,* attorney general, for the appellant (defendant).

*Raymond W. Beckwith,* with whom, on the brief, was *George N. Thim,* for the appellee (plaintiff).

PER CURIAM. The Superior Court was without jurisdiction to enter the order appealed from and that order is vacated. General Statutes (Rev. to 1966) §§ 16-19, 16-22, 16-35, 16-37; *Wilson Point Property Owners Assn.* v. *Connecticut Light & Power Co.,* 145 Conn. 243, 252, 140 A.2d 874; *Turner* v. *Connecticut Co.,* 91 Conn. 692, 697, 101 A. 88.

In this opinion KING, C. J., ALCORN, COTTER and RYAN, Js., concurred.

HOUSE, J. (dissenting). Upon the limited record before us on this expedited appeal, I am unable to agree with the conclusion that it appears that the Superior Court lacked jurisdiction to entertain the appeal from the order of the Public Utilities Commission or to determine whether, if the court had jurisdiction, that jurisdiction was properly exercised.